UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14045-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO MILIAN-GARCIA,

    Defendant.
_____/



FILED by _____ D.C.

AUG - 4 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON FINAL EVIDENTIARY HEARING ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a hearing on August 4, 2014 in respect to the pending Petition Alleging Violation Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to proceed at this time with the preliminary and final evidentiary hearing on the Petition and this Court having received evidence and arguments recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on August 4, 2014 for a hearing in respect to the Petition Alleging Violation Of Supervised Release which alleges the following violation:

| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law.  On or about May 22, 2014, in Hidalgo County, Southern District of Texas, the defendant committed the offense of Count One: Illegal re-entry into the United States at a place other than as designated by immigration officers, 8 U.S.C. §1325(a)(1), Case Number 7:14-PO-03359. On May 27, 2014, the defendant pled guilty to the charges as noted and was sentenced to 40 days custody of the Bureau of Prisons with credit for time served. |
|---|---|

2. After consultation with his attorney, the Defendant announced to this Court that he wished to proceed immediately with the preliminary and final hearing in respect to the Petition. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violation. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The government announced the possible maximum penalties which the Defendant was facing. The Defendant stated that he understood those penalties. Further, without any objection by the Defendant, the Court accepted the allegations in the Petition as the evidence in this matter. There is an immigration detainer lodged against the Defendant. USPO Ramos was present for examination by counsel for the Defendant, but counsel had no questions of her. The parties agreed that the Defendant pled guilty in the Southern District of Texas to the misdemeanor charge of illegal entry inti the United States Title 8 USC 1235(a)(1). The Defendant presented no witnesses, evidence or argument. AFPD Peacock stated that he would attempt to have this matter set on Judge Graham's next sentencing calendar later this month in Fort Pierce.

4. This Court conducted a Detention Hearing on this date and has detained the Defendant. This Court has issued a separate Detention Order in this matter.

**ACCORDINGLY**, based upon the evidence received by this Court, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Number 1 as set forth in the Petition and that a

sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _____ day of August, 2014, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Theodore Cooperstein
AFPD Fletcher Peacock
U. S. Probation
U. S. Marshal